ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Thomas A. Miller, Bar No. 129473
TAMiller@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3211
Telephone:   310-552-0130
Facsimile:    310-229-5800

Jennifer L. McKenna, Bar No. 219837
JLMcKenna@rkmc.com
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:   612-349-8500
Facsimile:    612-339-4181

Attorneys for
ATI Technologies, Inc., ATI Technologies ULC,
and Advanced Micro Devices, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silicon Graphics, Inc., | MISC. No. 07-80283 JF |
| Plaintiff, | Assigned to Judge Jeremy Fogel |
| v. | **ATI TECHNOLOGIES, INC., ATI TECHNOLOGIES ULC, AND ADVANCED MICRO DEVICES, INC.'S SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL HEWLETT PACKARD COMPANY TO COMPLY WITH SUBPOENA** |
| ATI Technologies, Inc., et al.,, | |
| Defendant. | |
| | (Related Case No. 06-C-0611-C pending in the W.D.Wis.) |
| | Date:     January 23, 2008<br>Time:    9:30 AM<br>Court |

ATI Technologies, Inc., ATI Technologies ULC, and Advanced Micro Devices, Inc. (collectively "ATI"), respectfully offer this supplemental opposition to Plaintiff's Emergency

MP3 20255917.1

ATI'S SUPPLEMENTAL SUBMISSION IN
OPPOSITION TO PLAINTIFF'S
EMERGENCY MOTION TO COMPEL

1  Motion to Compel Hewlett Packard Company to Comply with Subpoena ("Emergency Motion").
2  ATI now provides the Court with a recent order from the underlying litigation in the Western
3  District of Wisconsin that bears directly on SGI's motion to compel Hewlett Packard Company
4  ("HP").
5      As plaintiff Silicon Graphics, Inc. ("SGI") represented in its Emergency Motion, SGI
6  filed a motion with the Wisconsin court on Friday, December 14, 2007, seeking to extend the end
7  of the non-party discovery period from December 15, 2007 to January 4, 2008. (SGI Emergency
8  Motion at 2; Supp. McKenna Declaration at ¶ 2.) On December 26, 2007, the Wisconsin court
9  denied SGI's motion for extension of the discovery period, definitively bringing non-party
10 discovery to a close. (Supp. McKenna Declaration at ¶ 3, Ex. 1.) In light of this ruling, ATI
11 respectfully renews its request that this Court deny SGI's Emergency Motion.

12 DATED: December 28, 2007        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

13

14 By: /s/ Thomas A. Miller
       Thomas A. Miller, 129473
       Jennifer L. McKenna, 219837

15

16 2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3211
17 310-552-0130

    -and-
18
2800 LaSalle Plaza
19 800 LaSalle Avenue
Minneapolis, MN 55402-2015
20 612-349-8500

21 **ATTORNEYS FOR ATI TECHNOLOGIES,
INC., ATI TECHNOLOGIES ULC, AND
22 ADVANCED MICRO DEVICES, INC.**

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

On **December 28, 2007**, I caused the foregoing document described as **ATI TECHNOLOGIES, INC., ATI TECHNOLOGIES ULC, AND ADVANCED MICRO DEVICES, INC.'S SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL HEWLETT PACKARD COMPANY TO COMPLY WITH SUBPOENA** to be served on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]   **BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **BY EMAIL:** By transmitting via electronic mail the document listed above to the Email addresses set forth below on this date before 5:00 p.m.

[ ]   **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **December 28, 2007**, at Los Angeles, California.

LA DONNA BRYANT-WILSON

LA1 60153284.1                                                PROOF OF SERVICE

C06-01884 MHP

# SERVICE LIST

<u>Silicon Graphics, Inc. v. ATI Technologies, Inc., et al.</u>
USDC MISC No. 07-80283

| | |
|---|---|
| Gregory Charles, Esq.<br>CAMPEAU GOODSELL SMITH<br>440 North First Street, Ste. 100<br>San Jose, CA 95112<br>Telephone: (408) 295-9555<br>**Facsimile: (408) 852-0233**<br>Email: gcharles@campeaulaw.com | ***Attorneys for Plaintiff Silicon Graphics, Inc.*** |
| Edward J. Pardon, Esq.<br>MICHAEL BEST & ASSOCIATES<br>One South Pinckney Street, Ste 700<br>Madison, WI 53701-1806<br>Telephone: (608) 283-2268<br>**Facsimile: (608) 283-2275**<br>Email: ejpardon@michaelbest.com | |
| James M. Bollinger, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>**Facsimile: (212) 309-6001**<br>jbollinger@morganlewis.com | |
| Jennifer Rogers<br>Hewlett-Packard Company<br>3000 Hanover Street, Mail Stop 1050<br>Palo Alto, CA 94304-1112<br>Jennifer.rogers@hp.com | ***Attorney for Hewlett-Packard Company*** |

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA1 60153284.1

PROOF OF SERVICE

C06-01884 MHP