IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON GRAPHICS, INC, | NO. C 07-80283 JF PVT |
| Plaintiff, | **ORDER DENYING MOTION TO SHORTEN TIME FOR "EMERGENCY" MOTION** |
| v. | |
| ATI TECHNOLOGIES, INC, et al. | |
| Defendants. | |

On December 13, 2007, Plaintiff Silicon Graphics, Inc.("SGI") initiated this miscellaneous proceeding to enforce a subpoena issued in this district in connection with an underlying proceeding pending in the Western District of Wisconsin. The subpoena was issued on September 12, 2007 on Hewlett Packard Company ("HP") and called for production on September 25, 2007. SGI has filed what it terms an "emergency" motion to compel HP to produce documents and a deposition witness. SGI also filed Motion to Shorten Time. The basis of the "emergency" appears to be that discovery closed in the underlying proceeding on December 15, 2007.

On December 11, 2007, SGI filed *Silicon Graphics Inc. v. ATI Technologies, Inc*., 07-Misc-80276 and on December 12, 2007, SGI filed *Silicon Graphics Inc. v. ASUS Computer International*, 07-Misc-80279. Both miscellaneous proceedings arise out of the same underlying litigation as this proceeding. On December 13, 2007, Judge Seeborg denied the Emergency Motion to Compel in *Silicon Graphics Inc. v. ATI Technologies, Inc*., 07-Misc-80276, finding that no true

1

1 emergency existed.[1]  The motion to shorten time in this action is based on the same circumstances as
2 the motion already denied by Judge Seeborg and is denied for the same reasons.  First, as SGI
3 acknowledges, the subpoena in dispute was served "over three months ago" and a party may not
4 create an "emergency" by failing to seek relief until a deadline is imminent.  Second, and more
5 significantly, the "deadline" to which SGI points is only the general discovery cut off in the
6 underlying action.  Where a motion to compel has been timely-filed, the existence of a discovery cut
7 off in no way divests the Court of the power to order the discovery in dispute to go forward,
8 assuming the Court concludes it is proper.  There appears to be no dispute that SGI initiated this
9 miscellaneous action on a timely basis.

10     Accordingly, It Is Hereby Ordered that the Motion to Shorten Time is Denied.[2]

12     IT IS SO ORDERED.

14 Dated: December 28, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] On December 14, 2007, SGI filed a motion to withdraw its motion to shorten time both other miscellaneous actions.

[2] On December 21, 2007, Judge Fogel issued an Order Relating the two prior miscellaneous actions.  Pursuant to SGI's Notice of Pendency of Other Action, Judge Fogel will be presented with a Related Case Order.  If Judge Fogel relates this action to the two prior actions, Judge Seeborg will become the discovery judge in this matter and the motion to compel will be noticed on a proper day for Judge Seeborg's law and motion calendar.  If Judge Fogel does not relate the cases, the motion will have to be renoticed to a Tuesday, Judge Trumbull's law and motion calendar day.

2