1  Campeau Goodsell Smith
   Gregory Charles, Bar No. 208583
2  440 North First Street, Ste 100
   San Jose, California 95112
3  Telephone:    408.295.9555
   Facsimile:    408.852.0233
4  gcharles@campeaulaw.com

5  Attorneys for Plaintiff
   Silicon Graphics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silicon Graphics, Inc., <br><br> Plaintiff, <br><br> v. <br><br> ATI Technologies, Inc., et al., <br><br> Defendants. | Case No. 5:07-mc-80283-JF <br><br> **NOTICE OF DISMISSAL** <br><br> (Related Case No. 06-C-0611-C pending in the W.D. Wis.) <br><br> Date: December 13, 2007 |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Silicon Graphics, Inc. ("SGI") hereby dismisses this action pursuant to Fed. R. Civ. Pro. 41(a).

Dated: January 21, 2008                              CAMPEAU GOODSELL SMITH


                                                     By:     s/ Gregory Charles
                                                            Gregory Charles
                                                            Attorneys for Plaintiff
                                                            Silicon Graphics, Inc.

CAMEAU GOODSELL
SMITH
ATTORNEYS AT LAW
SAN JOSE