Campeau Goodsell Smith
Gregory Charles, Bar No. 208583
440 North First Street, Ste 100
San Jose, California 95112
Telephone:    408.295.9555
Facsimile:     408.852.0233
gcharles@campeaulaw.com

Attorneys for Plaintiff
Silicon Graphics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Silicon Graphics, Inc., | **MISC No. 5:07-mc-80283-JF** |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | (Related Case No. 06-C-0611-C pending in the W.D. Wis.) |
| ATI Technologies, Inc., et. al., | |
| Defendants. | |

I am over eighteen years of age, not a party in this action, and employed in Santa Clara County, California at 440 North First Street, Ste. 100, San Jose, California 95112.  I am readily familiar with the processing of pleadings for delivery via electronic mail.

On January 22, 2008 I caused to be served the following:

   **1.     Notice of Dismissal**

[X  ] BY ELECTRONIC MAIL on the following individuals via U.S. District Court, Northern District of California Electronic Filing:.

\\

\\

\\

\\

1 **Thomas Allen Miller**
Robins Kaplan Miller & Ciresi LLP
2049 century Park East
Suite 3400
Los Angeles, CA 90067-3211
310-552-0130
Fax: 310-229-5800
Email: tamiller@rkmc.com

I declare that I am a employed by a member of the Bar of this Court at whose direction the service was made, and that this declaration was executed on January 22, 2008 in San Jose, California.

                                                                                                                             s/ Tracy Thorsen
                                                                                                                             Tracy Thorsen